**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6307**

———————

DEREK MARQUIS FLEMING,

Petitioner - Appellant,

versus

KEITH E. OLSON, Warden, F.C.I. Beckley,

Respondent - Appellee.

———————

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley. David A. Faber, District Judge. (CA-97-660-5)

———————

Submitted: May 30, 2002                Decided: June 6, 2002

———————

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Derek Marquis Fleming, Appellant Pro Se. Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Derek Marquis Fleming appeals the district court's orders (1) denying his motion filed under Fed. R. Civ. P. 60(b)(6), to vacate the court's order denying relief on his 28 U.S.C. § 2241 (1994) petition and (2) denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Fleming v. Olson, No. CA-97-660-5 (S.D.W. Va. Jan. 4, 2002; Jan. 28, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2